ACCEPTED
06-15-00071-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/25/2015 4:17:25 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-15-00071-CV

TRIAL COURT NO. 15-D-0231-102

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/25/2015 4:17:25 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE MARRIAGE OF | § | |
| ALEXANDRA ELIZABETH CAIN | § | APPELLEE |
| AND | § | |
| ELIZABETH CAIN | § | APPELLANT |
| AND IN THE INTEREST OF | § | |
| G.K.C. AND C.A.C., CHILDREN | § | |

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Appellant, ELIZABETH CAIN, and hereby moves this Court for an Order dismissing this appeal and in support thereof shows:

I.

Appellant, ELIZABETH CAIN, no longer desires to appeal the trial court's decision.

WHEREFORE, Appellant requests the Court to enter an Order dismissing this appeal, with costs to be assessed against the party incurring same.

Respectfully Submitted,

_____
M. Mark Lesher
State Bar No. 12225500

**LESHER & McCOY**
126 W. 2nd Street
Mount Pleasant, Texas 75426
Telephone: (903) 572-2889
Facsimile: (903) 572-2893

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, M. Mark Lesher, certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on this the _____25_____ day of September, 2015.

_____
M. Mark Lesher